UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:16-MJ-1022-KS

FILED
FEB 10 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE MATTER OF THE SEARCH OF
THE PREMISES LOCATED AT 811 S
YAUPON TERRACE, MOREHEAD CITY,
NORTH CAROLINA 28557

**ORDER TO SEAL**

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the above-referenced matter, the attachments and exhibits thereto, the government's Motion to Seal, and the instant Order, be sealed by the Clerk of Court from this date until further ordered by the Court, except that a certified copy of the foregoing shall be provided to the United States Attorney's Office for the Eastern District of North Carolina, the United States Attorney's Office for the Eastern District of Virginia, and FBI Special Agent BJ Kang.

DATED this 10th day of February, 2016

HONORABLE KIMBERLY A. SWANK
United States Magistrate Judge