IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

In the matter of the search of: )
THE PREMISES LOCATED AT ) 4:16-MJ-1022-KS
811 S. YAUPON TERRACE )
MOREHEAD CITY, NC 28577 )

## ORDER TO UNSEAL SEARCH WARRANT

Upon motion of UNITED STATES and for all of the reasons stated in its Motion, it is hereby:

ORDERED, ADJUDGED, and DECREED that the application for search warrant, the affidavit in support of the search warrant, and all other documents filed and relating to the above-captioned matter shall be unsealed.

Date: 10/13/2016

Honorable Kimberly A. Swank
UNITED STATES MAGISTRATE JUDGE